ACCEPTED
14-15-00024-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
5/19/2015 3:51:51 PM
CHRISTOPHER PRINE
CLERK

## No. 14-15-00024-CV

IN THE FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
5/19/2015 3:51:51 PM
CHRISTOPHER A. PRINE
Clerk

MICROSOFT CORPORATION,

Appellant,

v.

MICHAEL MERCIECA,

Appellee.

On Appeal from the 353rd District Court, Travis County, Texas
Trial Court Cause No. D-1-GN-11-00130
The Honorable Tim Sulak, Presiding

## AGREED MOTION TO AMEND SCHEDULING ORDER

Microsoft Corporation ("Microsoft") respectfully files this agreed motion to amend scheduling order, in support thereof, shows the following:

1. On February 23, 2015, Microsoft filed its Appellant's Brief.

2. Thereafter, counsel for the parties conferred and agreed upon a briefing schedule that would permit Michael Mercieca ("Mercieca") to file a combined appellee/cross-appellant's brief on March 25, 2015. The agreement also encompassed a schedule and word limits for all subsequent briefs. *See* Exhibit A.

3. On March 12, 2015, this Court entered an order granting the joint motion. *See* Exhibit B.

4.     Thereafter, Mercieca sought and obtained additional extensions, such that his combined appellee/cross-appellent's brief was filed on May 15, 2015.

5.     The Court's docket for this case currently states that a "reply" is due on June 15 and a "response" is due on July 6.  *See* Exhibit C.

6.     A postcard notification dated May 12, 2014, which granted Mercieca's last extension request, described the remaining deadlines more specifically as follows:

- "Microsoft's response [to the cross-appellant's brief] is now due June 15, 2015"

- "Microsoft's reply [in support of its appellant's brief] and Mercieca's reply [in support of his cross-appellant's brief] now due July 6, 2015."

*See* Exhibit D.  These deadlines reflect the sequence anticipated by the parties' agreement that this Court previously sanctioned.  *See* Exhibit B.

7.     Because the calendar entries on the Court's electronic docket (Exhibit C) and the deadlines described in the Clerk's notification (Exhibit D) are not precisely the same, the parties respectfully ask that the Court enter an amended order clarifying that all remaining briefs are due as follows:

- Microsoft's response to the cross-appellant's brief is due June 15, 2015;

- Microsoft's reply [in support of its appellant's brief] and Mercieca's reply [in support of his cross-appellant's brief] are due on July 6, 2015.

## CONCLUSION AND PRAYER

For the foregoing reasons, Microsoft respectfully asks, and Mercieca agrees, that this Court grant the agreed motion to amend scheduling order and direct the Clerk to amend the electronic docket to reflect the specific deadlines described above.

Respectfully submitted,

BECK REDDEN LLP

By: */s/ Gretchen S. Sween*
    Eric J.R. Nichols
    State Bar No. 14994900
    enichols@beckredden.com
    Gretchen S. Sween
    State Bar No. 24041996
    gsween@beckredden.com
515 Congress Avenue, Suite 1750
Austin, TX  78701
(512) 708-1000
(512) 708-1002 (Fax)

    Russell S. Post
    State Bar No. 00797258
    rpost@beckredden.com
    Kate Skagerberg
    State Bar No. 24058578
    kskagerberg@beckredden.com
1221 McKinney Street, Suite 4500
Houston, TX  77010
(713) 951-3700
(713) 951-3720 (Fax)

COUNSEL FOR APPELLANT/CROSS-APPELLEE MICROSOFT CORPORATION

SMITH LAW GROUP, P.C.

By: */s/ D. Todd Smith by permission*
    D. Todd Smith
    State Bar No. 00797451
    todd@appealsplus.com
1250 Capital of Texas Highway South
Austin, TX  78746
(512) 439-3230
(512) 439-3232 (Fax)

LEAD APPELLATE COUNSEL FOR
APPELLEE/CROSS-APPELLANT
MICHAEL MERCIECA

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2015, a true and correct copy of the foregoing has been served on all counsel of record by the e-filing service provider, if registered, otherwise by email, as follows:

Paul T. Morin
pmorin@austin.rr.com
Roy A. Pollack
roypollack@yahoo.com
503 W. 14th Street
Austin, TX 78701

D. Todd Smith
Smith Law Group, P.C.
todd@appealsplus.com
1250 Capital of Texas Highway South
Three Cielo Center, Suite 601
Austin, TX 78746

**Counsel for Appellee/Cross-Appellant, Michael Mercieca**

*/s/ Gretchen S. Sween*
Gretchen S. Sween

# Exhibit A

Order filed March 12, 2015



In The

## Fourteenth Court of Appeals

NO. 14-15-00024-CV

APPELLANT, MICROSOFT CORPORATION// CROSS-APPELLANT, MICHAEL MERCIECA, Appellant

V.

APPELLEE, MICHAEL MERCIECA// CROSS-APPELLEE, MICROSOFT CORPORATION, Appellee

On Appeal from the 345th District Court
Travis County, Texas
Trial Court Cause No. D-1-GN-11-001 030

## ORDER

The parties to this appeal filed a joint motion to adopt a briefing schedule and for leave to assert cross-points in appellee's brief. The motion is granted. Accordingly, we order the following:[1]

---

[1] Miscrosoft's opening brief as appellant was filed February 23, 2015.

- Mercieca's brief as appellee/cross-appellant shall be due no later than March 25, 2015 25,000-word limit, 15,000 for the appellee's portion and 10,000 for the cross-appellant's portion);

- Microsoft's response to Mercieca's cross-appeal shall be due 30 days after Mercieca's opening brief is filed (10,000-word limit);

- Microsoft's reply brief as appellant and Mercieca's reply brief as cross-appellant shall be due 20 days after Microsoft's response to Mercieca's cross-appeal is filed (7,500-word limit for each brief).

PER CURIAM

# Exhibit B

Order filed March 12, 2015



In The

# Fourteenth Court of Appeals

## NO. 14-15-00024-CV

## APPELLANT, MICROSOFT CORPORATION// CROSS-APPELLANT, MICHAEL MERCIECA, Appellant

## V.

## APPELLEE, MICHAEL MERCIECA// CROSS-APPELLEE, MICROSOFT CORPORATION, Appellee

**On Appeal from the 345th District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-GN-11-001 030**

## ORDER

The parties to this appeal filed a joint motion to adopt a briefing schedule and for leave to assert cross-points in appellee's brief. The motion is granted. Accordingly, we order the following:[1]

---

[1]Miscrosoft's opening brief as appellant was filed February 23, 2015.

- Mercieca's brief as appellee/cross-appellant shall be due no later than March 25, 2015 25,000-word limit, 15,000 for the appellee's portion and 10,000 for the cross-appellant's portion);

- Microsoft's response to Mercieca's cross-appeal shall be due 30 days after Mercieca's opening brief is filed (10,000-word limit);

- Microsoft's reply brief as appellant and Mercieca's reply brief as cross-appellant shall be due 20 days after Microsoft's response to Mercieca's cross-appeal is filed (7,500-word limit for each brief).

PER CURIAM

# Exhibit C

## CASE: 14-15-00024-CV

| | |
|---|---|
| **DATE FILED:** | 01/08/2015 |
| **CASE TYPE:** | MISCELLANEOUS/OTHER CIVIL |
| **STYLE:** | APPELLANT, MICROSOFT CORPORATION// CROSS-APPELLANT, MICHAEL MERCIECA |
| **V.:** | APPELLEE, MICHAEL MERCIECA// CROSS-APPELLEE, MICROSOFT CORPORATION |
| **ORIG PROC:** | NO |
| **TRANSFER FROM:** | 3RD COURT OF APPEALS |
| **TRANSFER IN:** | 01/08/2015 |
| **TRANSFER CASE:** | 03-14-00747-CV |
| **TRANSFER TO:** | |
| **TRANSFER OUT:** | |
| **PUB SERVICE:** | |

### APPELLATE BRIEFS

| DATE | EVENT TYPE | DESCRIPTION | DOCUMENT |
|---|---|---|---|
| 05/15/2015 | BRIEF FILED - ORAL ARGUMENT REQUESTED | APPELLEE | BRIEF    [ PDF/2.10 MB ]<br>NOTICE    [ PDF/91 KB ] |
| 02/23/2015 | BRIEF FILED - ORAL ARGUMENT REQUESTED | APPELLANT | BRIEF    [ PDF/8.24 MB ]<br>NOTICE    [ PDF/91 KB ] |

### CASE EVENTS

| DATE | EVENT TYPE | DESCRIPTION | DISPOSITION | DOCUMENT |
|---|---|---|---|---|
| 05/15/2015 | BRIEF FILED - ORAL ARGUMENT REQUESTED | APPELLEE | | BRIEF<br>[ PDF/2.10 MB ]<br>NOTICE<br>[ PDF/91 KB ] |
| 05/15/2015 | MOTION FILED | APPELLEE | | MOTION<br>[ PDF/205 KB ] |
| 05/15/2015 | APPELLEES BRIEF DUE | | | |
| 05/12/2015 | MOTION FOR EXTENSION OF TIME TO FILE BRIEF DISPOSED | APPELLEE | GRANTED | NOTICE<br>[ PDF/89 KB ] |
| 05/07/2015 | MOTION FOR EXTENSION OF TIME TO FILE BRIEF FILED | APPELLEE | | MOTION<br>[ PDF/160 KB ] |

| DATE | EVENT TYPE | DESCRIPTION | DISPOSITION | DOCUMENT |
|---|---|---|---|---|
| 04/24/2015 | APPELLEES BRIEF DUE | CROSS-APPELLANT | | |
| 04/23/2015 | MOTION FOR EXTENSION OF TIME TO FILE BRIEF FILED | APPELLEE | | MOTION<br>[ PDF/156 KB ] |
| 04/02/2015 | MOTION FOR EXTENSION OF TIME TO FILE BRIEF DISPOSED | CROSS-APPELLANT | GRANTED | NOTICE<br>[ PDF/95 KB ] |
| 04/01/2015 | REPLY BRIEF DUE | | | |
| 03/25/2015 | APPELLEES BRIEF DUE | | | |
| 03/17/2015 | MOTION FOR EXTENSION OF TIME TO FILE BRIEF FILED | CROSS-APPELLANT | | MOTION<br>[ PDF/166 KB ] |
| 03/12/2015 | ORDER ENTERED | | | NOTICE<br>[ PDF/91 KB ] |
| 02/25/2015 | MOTION FILED | JOINT - APPELLANT AND APPELLEE | | MOTION<br>[ PDF/191 KB ] |
| 02/23/2015 | BRIEF FILED - ORAL ARGUMENT REQUESTED | APPELLANT | | BRIEF<br>[ PDF/8.24 MB ]<br>NOTICE<br>[ PDF/91 KB ] |
| 02/23/2015 | APPELLANTS BRIEF DUE | | | |
| 02/03/2015 | LETTER FILED | APPELLEE | | |
| 01/30/2015 | CLERKS RECORD DUE | | | |
| 01/23/2015 | SUPPLEMENTAL CLERKS RECORD FILED | APPELLANT | | NOTICE<br>[ PDF/90 KB ] |
| 01/23/2015 | CLERKS RECORD FILED | APPELLANT | | NOTICE<br>[ PDF/103 KB ] |
| 01/08/2015 | DOCKETING STATEMENT FILED | APPELLANT | | |
| 01/08/2015 | CASE TRANSFERRED TO THIS COURT FROM ANOTHER COURT OF APPEALS | | | NOTICE<br>[ PDF/118 KB ] |
| 01/08/2015 | CASE TRANSFERRED FROM THIS COURT TO ANOTHER COURT OF APPEALS | | | |
| 12/16/2014 | RECORD CHECKED OUT | | | |
| 12/10/2014 | EXHIBITS FILED | COURT REPORTER | | |
| 12/10/2014 | REPORTERS RECORD FILED | COURT REPORTER | | NOTICE<br>[ PDF/74 KB ] |

| DATE | EVENT TYPE | DESCRIPTION | DISPOSITION | DOCUMENT |
|---|---|---|---|---|
| 12/09/2014 | NOTICE OF APPEAL FILED IN COURT OF APPEALS | CROSS-APPELLANT | | NOTICE [ PDF/83 KB ] |
| 12/04/2014 | DOCKETING STATEMENT FILED | APPELLANT | | |
| 11/24/2014 | NOTICE OF APPEAL FILED IN COURT OF APPEALS | APPELLANT | | NOTICE [ PDF/78 KB ] |

## CALENDARS

| SET DATE | CALENDAR TYPE | REASON SET |
|---|---|---|
| 05/15/2015 | MOTION | EXTENSION OF TIME TO FILE APPELLEES BRIEF |
| 06/15/2015 | STATUS | REPLY BRIEF DUE |
| 07/06/2015 | STATUS | RESPONSE DUE |

## PARTIES

| PARTY | PARTYTYPE | REPRESENTATIVE |
|---|---|---|
| MICROSOFT CORPORATION | APPELLANT | GRETCHEN S. SWEEN ERIC NICHOLS KATHRYN SKAGERBERG |
| MERCIECA, MICHAEL | APPELLEE | ROY A. POLLACK D. TODD SMITH PAUL T. MORIN |

## TRIAL COURT INFORMATION

**COURT:** 345TH DISTRICT COURT

**COUNTY:** TRAVIS

**COURT JUDGE:** HONORABLE TIM SULAK

**COURT CASE:** D-1-GN-11-001 030

**COURT REPORTER:** RHONDA WATSON

**PUNISHMENT:**

# **Exhibit D**



**FOURTEENTH COURT OF APPEALS**
**301 Fannin, Suite 245**
**Houston, Texas 77002**

Tuesday, May 12, 2015

RE:    **Case No. 14-15-00024-CV**

Style: Appellant, Microsoft Corporation// Cross-Appellant, Michael Mercieca
    v. Appellee, Michael Mercieca// Cross-Appellee, Microsoft Corporation

    Please be advised that on this date the Court **GRANTED APPELLEE'S** motion to extend time to file their brief in the above cause, time extended to and including May 15, 2015. Microsoft's response is now due June 15, 2015, Microsoft's reply and Mercieca's reply now due July 6, 2015.

T. C. Case # D-1-GN-11-001 030                    Christopher Prine, Clerk

D. Todd Smith
Smith Law Group, P.C.
1250 Capital of Texas Highway South
Three Cielo Center, Suite 601
Austin, TX  78746
*DELIVERED VIA E-MAIL*



**FOURTEENTH COURT OF APPEALS**
**301 Fannin, Suite 245**
**Houston, Texas 77002**

Tuesday, May 12, 2015

RE:    **Case No. 14-15-00024-CV**

Style: Appellant, Microsoft Corporation// Cross-Appellant, Michael Mercieca
    v. Appellee, Michael Mercieca// Cross-Appellee, Microsoft Corporation

    Please be advised that on this date the Court **GRANTED APPELLEE'S** motion to extend time to file their brief in the above cause, time extended to and including May 15, 2015. Microsoft's response is now due June 15, 2015, Microsoft's reply and Mercieca's reply now due July 6, 2015.

T. C. Case # D-1-GN-11-001 030                    Christopher Prine, Clerk

Gretchen S. Sween
Beck Redden LLP
515 Congress Avenue, Suite 1750
Austin, TX  78701
*DELIVERED VIA E-MAIL*